UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on April 29, 2005

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| **VLADIMIR ARUTINIAN,** | : | Violations: |
| | : | 18 U.S.C. § 1751(c) |
| Defendant. | : | (Attempt to Assassinate the President) |
| | : | 18 U.S.C. § 924(c) |
| | : | (Possessing, Using and Carrying a |
| | : |  Firearm During a Crime of Violence) |

**I N D I C T M E N T**

The Grand Jury Charges that:

<u>COUNT ONE</u>

1. All of the acts referred to in this Indictment were committed in and around the country of Georgia, that is, outside of the jurisdiction of any particular state or district of the United States, but within the extraterritorial jurisdiction of the United States and, therefore, pursuant to Title 18, United States Code, Section 3238, within the venue of the United States District Court for the District of Columbia.

2. On or about May 10, 2005, within the country of Georgia, the defendant, **VLADIMIR ARUTINIAN**, knowingly did attempt to kill the President of the United States.

(**Attempt to Assassinate the President**, in violation of Title 18, United States Code, Section 1751(c))

## COUNT TWO

1. Paragraph One of Count One of this Indictment is hereby incorporated by reference as if fully realleged and restated herein.

2. On or about May 10, 2005, within the country of Georgia, the defendant, **VLADIMIR ARUTINIAN**, knowingly possessed, used and carried a firearm, that is, a destructive device, during, in relation to and in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, attempt to assassinate the President of the United States, as set forth in Count One of this Indictment.

(**Possessing, Using and Carrying a Firearm During a Crime of Violence**, in violation of Title 18, United States Code, Section 924(c))

A TRUE BILL


FOREPERSON


Attorney of the United States in
and for the District of Columbia